IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| QIANA SCOTT RAPHAEL A SCOTT, | CASE NO. 10-55922 JUDGE: Black(Joliet) |
| DEBTORS | |

## NOTICE OF MOTION

<u>Notified via Electronic Filing</u>
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Robert V. Schaller, 700 Commerce Drive, Suite 500, Oak Brook, IL 60523
<u>Notified via US Postal Service</u>
Qiana Scott, 281 Hillcrest Lane, Steger, IL 60475
Raphael A Scott, 281 Hillcrest Lane, Steger, IL 60475

Please take notice that on the 11th day of March, 2016, at the hour of 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Bruce W. Black, at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on March 4, 2016, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

Respectfully Submitted,

/s/ Richard B. Aronow

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
11-049932

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| QIANA SCOTT RAPHAEL A SCOTT, | NO. 10-55922 JUDGE: Black(Joliet) |
| DEBTORS | |

### MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO THE TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE

NOW COMES the Movant, JP Morgan Chase Bank, N.A., by and through its attorneys, Shapiro Kreisman & Associates, LLC, and states as follows:

1. On December 20, 2010, the above-named Debtors filed a Petition pursuant to 11 USC § 1301, listing the Movant as a Creditor by virtue of a note secured by a mortgage on the real property commonly known as: 281 Hillcrest Lane, Steger, IL. 60475.

2. The Debtors filed a plan calling for them to cure any pre-petition mortgage arrearage due the Movant through the office of the Chapter 13 Trustee while they maintained monthly post-petition mortgage payments to the Movant as those payments came due.

3. The Chapter 13 Trustee filed a Notice of Final Mortgage Cure pursuant to Federal Bankruptcy Rule 3002.1(f) with respect to that debt on February 12, 2016.

4. Pursuant to Federal Bankruptcy Rule 3002.1(g), the Movant has through March 4, 2016 to file its response.

5. Despite its diligent efforts to do so, the Movant has not completed its reconciliation of the subject account and it requires additional time in which to complete

its research of a credit the Debtor may receive based on a previous filing of payment change notification.

6. Pursuant to 11 USC 105(a), the Court may issue an order necessary or appropriate to carry out the provisions of the Bankruptcy Code as well as to enforce or implement court orders or rules.

7. Pursuant to Federal Bankruptcy Rule 9006(b) the Court may grant extensions or enlargements of time where appropriate and just.

WHEREFORE, JP Morgan Chase Bank, N.A., moves this Honorable Court for the entry of an order granting it through and including April 1, 2016 to file its response to the Trustee's Notice of Final Mortgage Cure.

        Respectfully submitted,

        /s/ Richard B. Aronow
        Attorney for JP Morgan Chase Bank, N.A.

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
11-049932

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**